UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>                        Petitioner,<br>v.<br>DISTRICT OF NEVADA, et al.,<br><br>                        Respondents. | Case No. 3:23-CV-00462-ART-CSD<br><br>**Order Dismissing Action as Improperly Commenced** |

Tyrone Noel Nunn, a Nevada state prisoner in custody at Ely State Prison, appears to have attempted to initiate a 28 U.S.C. § 2254 habeas corpus petition. But he has only submitted a handwritten motion for appointment of counsel that also references in passing that he would like the Court to waive the filing fee. (ECF No. 1-1.) He has not filed a habeas petition, and therefore, has not properly commenced a federal habeas matter. The Court only discerns that he seeks to pursue habeas relief because he refers to himself as "Petitioner." (*See id.*) Nunn must file a federal habeas petition on the Court's 28 U.S.C. § 2254 habeas corpus form and include either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*. Local Rule LSR 1-2. Thus, the present action will be dismissed without prejudice as improperly commenced.

1

1    It is therefore ordered that this action is DISMISSED without prejudice.

2    It is further ordered that the Clerk of the Court will send Petitioner Tyrone Noel Nunn the approved form for filing a 28 U.S.C. § 2254 petition and instructions for the same and the approved form application to proceed in forma pauperis for an inmate and instructions for the same.

It is further ordered that a certificate of appealability will not issue, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

It is further ordered that the Clerk of Court enter judgment accordingly and close this case.

DATED THIS 9th day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE